**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR251** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD NORWOOD,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for an extension of time until December 12, 2008 (Filing No. 28) to file objections to the Magistrate Judge's Report and Recommendation.

IT IS ORDERED:

1. The Defendant's motion for an extension of time (Filing No. 28) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before December 12, 2008.

DATED this 20th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge