IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR251** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICHARD NORWOOD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 53) and the Defendant's motion to restrict pursuant to the E-Government Act (Filing No. 54). The Defendant's motion to continue will be denied, however, the defendant may request self surrender at sentencing.

IT IS ORDERED that:

1. The Defendant's motion to continue sentencing (Filing No. 53) is denied; and

2. The Defendant's motion to restrict pursuant to the E-Government Act (Filing No. 54) is granted.

DATED this 6th day of August, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge